AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern District | **District of** | California |

James Spano

Plaintiff (s),

V.

Sunil Suri, and BCF Loans, Inc.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:25-cv-04379-HSG

Notice is hereby given that, subject to approval by the court, __Sunil Suri and BCF Loans, Inc.__ substitutes
(Party (s) Name)

__Ira M. Steinberg__, State Bar No. __273997__ as counsel of record in
(Name of New Attorney)

place of __See attached list__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Greenberg Glusker Fields Claman & Machtinger LLP
Address: 2049 Century Park East, Suite 2600
Telephone: (310) 553-3610        Facsimile (310) 553-0687
E-Mail (Optional): ISteinberg@ggfirm.com

I consent to the above substitution.

Date: 10/24/2025

_[DocuSigned signature: E59DB7A8928E41E...]_

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/20/2025

_[Signature: Ira Steinberg]_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/28/2025

_[Signature: Haywood S. Gilliam Jr.]_

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## ATTACHMENT

DATED: October 24, 2025

WATT TIEDER HOFFAR AND
FITZGERALD L.L.P.

By: _____
CHRISTOPHER MATTHEW BUNGE
KYLE S. CASE
Withdrawing Counsel for
SUNIL SURI, and BCF LOANS, INC.

DATED: October 24, 2025

THE LAW OFFICE OF PETER S. LIASKOS

By: _____
PETER S. LIASKOS
Withdrawing Counsel for
SUNIL SURI, and BCF LOANS, INC.

DATED: October 24, 2025

SCHULTE ROTH & ZABEL LLP (NY)

By: _____
ROBERT J. WARD
Withdrawing Counsel for
SUNIL SURI, and BCF LOANS, INC.

70679-00001/5891055.1

4:25-CV-04379-HSG