IRA M. STEINBERG (SBN 273997)
ISteinberg@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:     310-553-3610
Facsimile:      310-553-0687

Attorneys for Defendant
Sunil Suri and BCF Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| James Spano,<br><br>        Plaintiff,<br><br>v.<br><br>Sunil Suri and BCF Loans, Inc,<br><br>        Defendant. | Case No. 4:25-cv-04379-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (as modified)**<br><br>Date:     November 4, 2025<br>Time:     2:00 p.m.<br>Judge:    Haywood S. Gilliam, Jr.<br>Date Action Filed: May 22, 2025 |

    The Court hereby approves the parties' Stipulation co continue the Initial Case Management Conference as follows:

    The Initial Case Conference currently set for November 4, 2025 has been continued to November 18, 2025 at 2:00 p.m.  The Zoom information and instructions remain the same as previously provided in docket no. 67.

    **IT IS SO ORDERED.**

Dated:  10/30/2025

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

99910-19300/5898410.1

ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE 4:25-CV-04379-HSG