United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES SPANO,

        Plaintiff,

v.

SUNIL SURI, et al.,

        Defendants.

Case No. 25-cv-04379-HSG

**SCHEDULING ORDER**

A case management conference was held on November 18, 2025. Having considered the parties' proposals, *see* Dkt. No. 90, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | January 20, 2026 |
| Close of Fact Discovery | April 17, 2026 |
| Exchange of Opening Expert Reports | May 4, 2026 |
| Exchange of Rebuttal Expert Reports | May 19, 2026 |
| Close of Expert Discovery | June 3, 2026 |
| Dispositive Motion Hearing Deadline | July 16, 2026, at 2:00 p.m. |
| Pretrial Conference | October 13, 2026, at 3:00 p.m. |
| Jury Trial (3 days) | October 26, 2026, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 11/21/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge