United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SPANO,<br>Plaintiff,<br>v.<br>SUNIL SURI, et al.,<br>Defendants. | Case No. 25-cv-04379-HSG<br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br>Re: Dkt. No. 125 |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Sallie Kim for settlement. The parties will be advised of the date, time, and place of the next appearance by notice from Judge Kim.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Haywood S. Gill Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge